No. 45575.—Protests 8780–K, etc., of Tuck High & Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) and *Ueland* v. *United States* (T. D. 46923) the protests were sustained.